Núm. 8233.—POUPART, aplte. *v.* RIVERA, aplda.—C. D. Humacao. Junio 10, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, los autos de esta apelación quedaron radicados en la Secretaría de esta corte el día 7 de enero de 1941 y el 4 de febrero el apelante solicitó una prórroga de treinta días para radicar su alegato la que le fué denegada el día 7 del mismo mes por haber vencido el 17 de enero de 1941 el término que tenía el apelante para radicarlo;

Por cuanto, el apelado el 10 de abril de 1941 radicó una moción solicitando la desestimación del recurso por no haber el apelante radicado su alegato, a cuya moción el apelante no ha hecho oposición alguna;

Por cuanto, celebrada la vista de dicha moción sólo compareció el abogado del apelado y la sometió por sus méritos;

Por tanto, vistos los autos del caso y las reglas 42 y 62 del Reglamento de este tribunal, se desestima el recurso.

### (e) FALTA DE JURISDICCIÓN